UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| LESTER ARNOLD CLOUSE,  )<br>   )<br>    Petitioner,  )<br>   )<br>v.   )<br>   )<br>BRUCE WESTBROOKS,  )<br>   )<br>    Respondent.  )  | No. 2:12-cv-00114<br>Judge Sharp |

## O R D E R

The court has before it a petition for a writ of *habeas corpus* brought under 28 U.S.C. § 2254. (Docket No. 1). The petitioner, proceeding *pro se* and *in forma pauperis*, is an inmate at the Southeastern Tennessee State Regional Correctional Facility in Pikeville, Tennessee. The petitioner is serving a sentence of eighteen (18) years imprisonment for setting fire to land in violation of Tennessee Code Annotated § 39-14-303. *See Clouse v. State,* No. M2009-01042-CCA-R3-PC, 2011 WL 2671521 (Tenn. Ct. Crim. App. July 7, 2011).

The petition originally was filed in the Eastern District of Tennessee, Chattanooga Division. (Docket No. 2). The petition attacks several judgments of conviction from Putnam County Criminal Court in Cookeville, Tennessee. By order entered on November 28, 2012, the Honorable Curtis L. Collier transferred this action to the Middle District of Tennessee, Northeastern Division, finding that the interest of justice, judicial economy, and convenience of the parties and witnesses would be served by transfer. (Docket No. 4).

Upon receipt of the petition, the court has conducted a preliminary review of the petition and finds that the petitioner has stated at least one colorable claim for relief. Rule 4, Rules — § 2254

1

Cases. Accordingly, the respondent shall file an answer, plead or otherwise respond to the petition in conformance with Rule 5, Rules — § 2254 Cases, within thirty (30) days of the date of the entry of this order on the docket.

The Clerk is directed to serve a copy of the petition and this order on the respondent and the Attorney General of Tennessee. Rule 4, Rules — § 2254 Cases.

It is so **ORDERED**.

*Kevin H. Sharp*
Kevin H. Sharp
United States District Judge